UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KAREN PIPER | ) |
| | ) |
| | ) NO. 3:11-0554 |
| v. | ) JUDGE SHARP |
| | ) |
| DOLLAR GENERAL CORPORATION | ) |

## O R D E R

I hereby recuse myself in this action. The file shall be returned to the Clerk for reassignment to another judge.

IT IS SO ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE