# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| KAREN PIPER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:11-0554 |
| ) | Judge Trauger |
| DOLLAR GENERAL CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Given the filing of what the court will treat as a motion for summary judgment (Docket No. 18), it is hereby **ORDERED** that the initial case management conference scheduled for September 2, 2011 is **CONTINUED**, to be reset, if appropriate, following disposition of this motion.

It is so **ORDERED**.

ENTER this 26th day of August 2011.

_____
ALETA A. TRAUGER
U.S. District Judge