UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HENRY E. HILDEBRAND, III, Trustee and Real Party in Interest on Behalf of Bankruptcy Estate of Karen Piper, <br><br> Plaintiff, <br><br> v. <br><br> DOLLAR GENERAL CORPORATION, <br><br> Defendant. | Case No. 3:11-cv-00554 <br> Judge Aleta A. Trauger |

## ORDER

For the reasons stated in the accompanying Memorandum, the defendant's Motion for Summary Judgment (Docket No. 47) is hereby **GRANTED IN PART and DENIED IN PART**. The Trustee's hostile work environment claim is hereby **DISMISSED WITH PREJUDICE**. Summary judgment on the Trustee's remaining claims, which shall remain for trial, is hereby **DENIED**.

It is so **ORDERED.**

ENTER this 16th day of July 2013.

_____
ALETA A. TRAUGER
United States District Judge