UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HENRY E. HILDEBRAND, III, Trustee and Real Party in Interest on Behalf of Bankruptcy Estate of Karen Piper, )))) | |
| Plaintiff, ) | Case No. 3:11-cv-00554 |
| ) | Judge Aleta A. Trauger |
| v. )) | |
| DOLLAR GENERAL CORPORATION, ) ) | |
| Defendant. ) | |

# ORDER

For the reasons stated in the accompanying Memorandum, the defendant's Motion for Summary Judgment (Docket No. 47) is hereby **GRANTED IN PART and DENIED IN PART**. The Trustee's hostile work environment claim is hereby **DISMISSED WITH PREJUDICE**. Summary judgment on the Trustee's remaining claims, which shall remain for trial, is hereby **DENIED**.

It is so **ORDERED.**

ENTER this 16th day of July 2013.

_____
ALETA A. TRAUGER
United States District Judge

1