**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| HENRY E. HILDEBRAND, III, Trustee, )<br>Real Party in Interest on behalf of Bankruptcy )<br>Estate of Karen Piper, )<br> )<br>        Plaintiff, )<br> )<br>        v. )<br> )<br>DOLLAR GENERAL CORPORATION, )<br> )<br>        Defendant. ) | 3:11 C 00554<br>Judge Marvin E. Aspen |

**ORDER**

As indicated in the reassignment order entered on March 12, 2014, I have accepted reassignment of this case for trial. A final pretrial conference will be held on April 28, 2014 at 9:00 a.m. Trial shall begin as previously scheduled on April 29, 2014 at 9:00 a.m.

In preparation for trial, I am modifying Judge Trauger's July 18, 2013 scheduling order in several respects. First, the parties shall submit a joint pretrial order no later than April 4, 2014. In addition to the matters required by Judge Trauger's order, the following information must be provided in the joint pretrial order: (1) a brief stipulation or statement of the qualifications of any expected expert witness, in such a form that could be read to the jury; (2) the parties' recommendation as to the number of jurors to be selected at the commencement of trial; (3) a statement as to whether the parties consent to a less than unanimous verdict; (4) a statement of any history of settlement discussions and whether settlement remains possible; (5) a list of any deposition designations and objections thereto; (6) a schedule of any demonstrative evidence or experiments to be offered during trial;(7) a statement that each party has completed all discovery; (8) a listing of the contested issues of fact; and (9) a precise identification of the relief sought.

Motions in limine, if any, must be filed on or before April 7, 2014, with responses due on or by April 14, 2014. Motions in limine that are not timely submitted will not be considered.

Proposed voir dire questions and jury instructions shall be filed no later than April 9, 2014. On April 9, 2014, the parties shall also file their witness and exhibit lists (and objections thereto), and all stipulations of fact or law. Any objections to either voir dire questions or jury instructions shall be due on April 16, 2014.

By April 23, 2014, the parties shall also submit the following additional pretrial materials. The parties shall file a short (no more than one page) joint statement of the nature of the case, to be read to the prospective jurors by the Court at voir dire. If the parties cannot agree on the joint statement, separate statements shall be served and filed on that date. The parties shall also file a joint proposed verdict form. Unless otherwise noted herein, all other deadlines remain unaltered.

All of the above filings should be filed electronically via CM/ECF. On the date of the above filings, the parties shall also fax a copy thereof to my chambers (312-554-8515). If the filings would generate a fax exceeding 40 pages in length, however, the parties shall simply fax a notice to chambers indicating that the filings were submitted via CM/ECF as instructed.

                            SO ORDERED:

                            Marvin E. Aspen
                            United States District Judge

Dated:       Chicago, Illinois
                March 18, 2014