**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| HENRY E. HILDEBRAND, III, Trustee, real party in interest on behalf of Bankruptcy Estate of **Karen Piper**, <br> Plaintiff, <br><br> vs. <br><br> **DOLLAR GENERAL**, <br> Defendant | Case No. 3:11-00554 <br><br> Hon. Marvin E. Aspen <br><br> **Jury Demand** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), and as indicated below by the respective signatures of their counsel of record, the parties announce to the Court and stipulate that all claims at issue between Plaintiff, on behalf of the Bankruptcy Estate of Karen Piper, and Defendant Dollar General, have been resolved and the parties hereby submit this Stipulation of Dismissal with Prejudice.

Respectfully submitted,

/s/ Jerry Gonzalez
Jerry Gonzalez (18379)
2441-Q Old Fort Parkway
No. 381
Murfreesboro TN 37128
Phone: (615) 360-6060
jgonzalez@jglaw.net

Wade B. Cowan (9403)
85 White Bridge Road, Suite 300
Nashville, Tennessee 37205
Phone: (615) 256-8125
wcowan@dhhrplc.com

Attorneys for Plaintiff

1

/s/ *Stanley E. Graham* by JG w/ perm
Stanley E. Graham
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219-1760
615-244-6380
stan.graham@wallerlaw.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of Electronic Filing to the following:

Stanley E. Graham
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219-1760
615-244-6380
615-244-6804 (fax)
stan.graham@wallerlaw.com

This the 15th day of September, 2014.

/s/ Jerry Gonzalez